UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **Case No.: 21-cr-0541 (PLF)** |
| | : | |
| **FI DUONG** | : | |
| *Also Known As:* | : | |
| "JIM" | : | |
| "MONKEY" | : | |
| "MONKEY KING" | : | |
| | : | |
| **Defendant.** | : | |

### MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
### FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: November 2, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting U.S. Attorney
D.C. Bar No. 415793

By:     /s/ *Stuart D. Allen*
Stuart D. Allen
D.C. Bar No. 1005102;
N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W.
Washington, D.C.   20530