UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 21-cr-0541 (PLF) |
| FI DUONG , | : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Mr. Fi Duong, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the December 7, 2021 status conference in this case. The government does not oppose this request. Mr. Duong continues to receive discovery from the government and he needs the additional time to review it.

The parties jointly request that the Court exclude the time from December 7, 2021 to the next court date set by the Court. Excluding time will best serve the interests of justice as it outweighs the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. section 3161(h)(7)(A).

WHEREFORE, for the foregoing reasons, Mr. Duong respectfully requests that the Court continue the status hearing to a date convenient to the Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

Sabrina P. Shroff
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500

Counsel for Fi Duong