UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-cr-541 (PLF)** |
| : | |
| **FI DUONG,** : | |
| also known as "Jim," : | |
| also known as "Monkey," : | |
| also known as "Monkey King," : | |
| : | |
| **Defendant.** : | |

# ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on September 9, 2022 be continued for good cause to November 17, 2022 at 2:00 p.m.; and it is further

**ORDERED** that the time between September 9, 2022 and November 17, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution and additional time to review discovery.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Date:  August 11, 2022