UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-cr-541 (PLF)** |
| | : | |
| **FI DUONG,** | : | **VIOLATION:** |
| also known as "Jim," | : | **18 U.S.C. § 231(a)(3)** |
| also known as "Monkey," | : | |
| also known as "Monkey King," | : | |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **FI DUONG**, committed and attempted to commit an act to obstruct, impede, or interfere with a law enforcement officer from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during a civil disorder which in any way obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the performance of a federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

By:       /s/
        STUART D. ALLEN
        Assistant United States Attorney
        601 D St, N.W.
        Washington, D.C. 20530
        (202) 252-7794
        stuart.allen@usdoj.gov