**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-cr-541 (PLF)** |
| | : | |
| **FI DUONG,** | : | |
| **also known as "Jim,"** | : | |
| **also known as "Monkey,"** | : | |
| **also known as "Monkey King,"** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE REGARDING CONDITIONS OF RELEASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, after considering representations and a recommendation made by the Pretrial Services Agency for the District of Columbia, provides notice that it does not oppose a modification to the defendant's conditions of release to permit the defendant to take his son to school or pick up him up from school should his son miss the bus.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: ____*/s/ Stuart Allen*_____
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
stuart.allen@usdoj.gov
(202) 252-7794