UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-cr-541 (PLF)** |
| : | |
| **FI DUONG,** : | |
| also known as "Jim," : | |
| also known as "Monkey," : | |
| also known as "Monkey King," : | |
| : | |
| **Defendant.** : | |

**JOINT MOTION TO CONTINUE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Fi Duong, by and through his undersigned counsel, respectfully file this motion to continue the sentencing currently scheduled for July 21, 2023 to October or November 2023.

1. On April 21, 2023, the defendant pleaded guilty to one count of impeding, obstructing or interfering with law enforcement during a civil disorder, in violation of 18 U.S.C. § 231(a)(3).

2. One of the requirements of the plea agreement is that the defendant "agree[d] to allow law enforcement agents to review any social media accounts operated by [the defendant] for statements and postings in and around January 6, 2021, and conduct an interview of [the defendant] regarding the events in and around January 6, 2021 *prior to sentencing*." (emphasis added).

3. At the April 21, 2023 hearing, the Court ordered that the government's sentencing memorandum is due July 7, 2023, the defendant's sentencing memorandum is due July 14, 2023, and the sentencing is set for July 21, 2023.

4. Counsel for the defendant is currently in trial, and expects to be in trial for most of June.

5. Consequently, the parties seek to continue the deadlines for the sentencing memoranda and the sentencing to October or November.

6. The defendant is currently on release from custody with conditions and is in the High Intensity Supervision Program.

Respectfully submitted,

MATTHEW M. GRAVES  
United States Attorney  
DC Bar No. 481052  

By: ___/s/ Stuart Allen_____  
STUART D. ALLEN  
D.C. Bar No. 1005102; N.Y. Bar No. 4839932  
Assistant United States Attorney  
National Security Section  
601 D Street, N.W.  
Washington, D.C.  20530  
stuart.allen@usdoj.gov  
(202) 252-7794  

By: ___/s/ Sabrina Shroff_____  
SABRINA SHROFF  

Attorney for Fi Duong