# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-cr-541 (PLF) |
| | : | |
| FI DUONG, | : | |
| also known as "Jim," | : | |
| also known as "Monkey," | : | |
| also known as "Monkey King," | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNREDACTED SENTENCING MEMORANDUM UNDER SEAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission to file its unredacted Sentencing Memorandum under seal. The government's unredacted Sentencing Memorandum contains sensitive information about the defendant's medical history. The government will file a redacted copy of its Sentencing Memorandum on the public docket. The government redacted only the sections relating to the described sensitive information.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      */s/ Stuart Allen*
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
stuart.allen@usdoj.gov
(202) 252-7794