UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 21-CR-541 (PLF) |
| ) | |
| FI DUONG, ) | |
| ) | |
| Defendant. ) | |

MOTION TO CONTINUE SENTENCING HEARING

For the reasons stated below, Mr. Duong requests and the government has no objection to adjourning sentencing in this case. Sentencing is presently set for December 5, 2023.

I have and continue to be engaged at trial in the case of United States v. Ronald Glen Davis, 23 Cr. 603 (VEC), a two-defendant wire fraud and health care fraud case. One of the two defendants is on the stand in his own defense.

Given my trial schedule, I have not had the opportunity to properly prepare Mr. Fi Duong for his sentencing hearing.

I apologize for any inconvenience caused to the Court or the parties.

Mr. Duong is on bail and fully and a hundred percent compliant with his conditions of release.

I respectfully request the Court to allow sentencing to proceed in January of 2024, and continue the filing deadlines for both the government's and the defense's sentencing submission.

Respectfully submitted,

A. J. Kramer
Federal Public Defender for the District of Columbia

/s/<u>Michelle Peterson</u>, Chief Assistant Public Defender

Sabrina Shroff
Attorney
80 Broad Street, 19th Floor
New York, New York 10004

Dated: November 13, 2023