UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 21-CR-541 (PLF) |
| ) | |
| FI DUONG, ) | |
| ) | |
| Defendant. ) | |

UN-OPPOSED MOTION TO CONTINUE SENTENCING

With no opposition from the government, I write to seek a 45-day continuance of the April 5, 2024, sentencing and other sentencing deadlines so as to facilitate the scheduling of Mr. Duong's interview with law enforcement as required by the plea agreement. The delay is largely due to my trial schedule (3-week trial starting on February 20, 2024 – *United States v. Juan Orlando Hernandez* - 15 cr. 379 (PKC); April 14, 2023 – *United States v. Ahmed*, 19 Cr. 2162 (JGZ); May 20, 2024 – *United States v. Kwok*, 23 Cr. 118 (AT).

Mr. Duong is on bail and compliant with all the imposed conditions of release.

I thank the Court for its time and consideration of these matters.

Respectfully submitted,

Sabrina Shroff
80 Broad Street, 19th Floor
New York, New York 10004

/s/Michelle Peterson, CAFPD
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 130

Dated: March 20, 2024