UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, | |
| v. | Case No. 21-cr-541 (PLF) |
| Fi Duong, | |
| Defendant. | |

**CONSENT MOTION TO CONTINUE SENTENCING**

With consent of the government, I write to request a continuance of Mr. Duong's sentencing hearing scheduled for September 18, 2024, and the defense's deadline for its sentencing submission.

I have to travel to Guantanamo Bay tomorrow and the dates of travel were based on availability at the Naval Base. ███████████████████████████████████████████████████████████████.

For these reasons, I write to request that the sentencing hearing be continued to a date in early October to a date convenient to the Court.

Dated: September 4, 2024

                                                                                     /s/
Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, NY 10004

and

/s/ Ubong Akpan
A. J. KRAMER
FEDERAL PUBLIC DEFENDER

Federal Public Defender's Office
Washington, D.C. 20004

*Attorneys for Fi Duong*