Mai Duong

September 21, 2024

Dear Your Honor,

I hope this letter reaches you in good health and spirits. First and foremost, I want to express my deepest appreciation for your time in reading my letter which is written to tell you a little more about my son Fi Duong. As a mother, watching my child face such a difficult and trying situation is truly heartbreaking, and it weighs heavily on my heart every single day. I am writing to you today with great humility, seeking your compassion and mercy, as I truly believe in the goodness that lies within my son and the life he is capable of rebuilding, and that he has worked very hard to rebuild since his arrest three years ago.

My own journey to this country was not without hardship. I was born in Vung Tau, Vietnam, on August 13, 1966. My father was an American soldier who was with my mother before the fall of Saigon. However, when American troops withdrew, he left us behind and returned to the United States. I have never had the chance to say goodbye or reunite with him. I was devastated.

My mother worked tirelessly to support me, and from a young age, I began working as well, trying to help in any way I could by doing any job I could find. After the war, through God's grace, my husband and I were granted permission to come to the United States. Before our arrival, we endured six months in a refugee camp in Bataan, Philippines. Sadly, I still have not been able to find my father, but I remain hopeful.

When we finally settled in Washington, D.C., our lives were not easy. The first few years were filled with struggle as we navigated a new country, new language, and many hardships. Despite everything, my husband and I were blessed with Fi, who was born on March 31, 1994, at Children's Hospital in Washington, D.C. From the very beginning, Fi was a bright, loving child, full of kindness and a deep sense of care for those around him. As a mother, my priority has always been to provide a good life for my family. To achieve this, I worked hard and attended cosmetology school to earn my technician license and become a certified stylist. I've spent long days and nights working to make ends meet while caring for my family. I'm incredibly grateful that my children have always been obedient and supportive throughout this journey.

Fi has always followed the rules at home, in school, and in public. He strived to live a meaningful life, one that would make his family proud. He graduated from Edison High School in Alexandria, Virginia, and briefly attended Northern Virginia Community College. In 2013, Fi made the brave decision to join the Marine Corps, where he served honorably until 2016, when a medical condition led to his discharge. Even after his service, Fi continued to be a responsible citizen and a devoted member of our community. He attends Vietnamese Gospel Baptist Church (an evangelical Baptist denomination) in Annandale, where he is an active member of the youth group, constantly seeking to deepen his faith and serve his community. His involvement with

senior pastor Francis Phan (703-981-8088), youth minister Andrew Lam (323-738-1292), and senior deacon board of director Linh Lam (703-864-5236) has been a source of mentorship and spiritual growth for him.

As a family, we have always been close-knit, and Fi shares a particularly strong bond with his younger brother, An, who is 25 years old. They support each other in everything, whether it's through their shared hobbies like board games and video games or simply being there for one another. It is this sense of family that makes Fi who he is—a compassionate, responsible, and loving individual.

Perhaps one of the best aspects of Fi's nature and character is his role as a father. Fi is so proud of his 6-year-old boy, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and is on the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. As he works nights, he spends his days caring for Thai Lac—bathing him, feeding him, playing with him, and providing him with the emotional and physical support he needs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He takes him to the bus stop every day and they talk while waiting for the bus. The patience he shows his child speak volumes about the man Fi is—a man who deeply values family, responsibility, and compassion.

Your Honor, it is with a heavy heart that I ask you to show my son mercy and leniency in this difficult time. As his mother, I know the struggles he faces. I see the pain in his eyes as he endures this trial and he looks defeated at times but he comes up again to take care of his son. He has been on house arrest for more than 3 years now and he has shown that he has the potential to follow the Court's rules. Fi is not only a loving son and brother but also a devoted father who wants nothing more than to be there for his child. His family depends on him, and I truly believe that if given the opportunity, he will make the most of it and continue being the good, kind-hearted man he has always been.

Life has not been easy for my family, but through every hardship, we have relied on faith, love, and perseverance. I ask you, from the depths of my heart, to allow Fi the chance to rebuild his life and continue providing for his son, being the father and family member, we all know he is capable of being. I do not think his son will survive even a day if without his father; they are very attached to each other and his son is cared for by Fi.

I am deeply thankful to the United States for welcoming us and allowing us to call this beautiful land our home. For this, we will be forever grateful.

Thank you for taking the time to read my letter and for considering my plea. Your compassion and understanding mean the world to us during this difficult time.

With deepest gratitude,
Mai Duong
(703) 973-9174
Mduong.aesthetics@gmail.com